# IN THE DISTRICT COURT OF THE UNITED STATES

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIS B. SMITH | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. |
| | ) |
| DAVID J. SHULKIN, MD, SECRETARY, | ) Assigned to |
| DEPARTMENT OF VETERANS | ) |
| AFFAIRS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT IN CIVIL ACTION

AND NOW, Plaintiff, TANIS B. SMITH,  through counsel JOSEPH J. CHESTER, ESQ., files the following Complaint in Civil Action:

## PRELIMINARY STATEMENT

1.      This is a claim by Plaintiff against Defendant for equitable relief, injunctive relief, money damages, counsel fees, and other relief for employment discrimination.

## JURISDICTION AND VENUE

2.      Jurisdiction of this Court is based on 42 U.S.C. Sec. 2000e et seq. (Title VII of the Civil Rights Act of 1964);  29 U.S.C. 621 et seq. (Age Discrimination in

Employment Act);  87 Stat. 355, 07-26-1973, 5 U.S.C. 790 (Rehabilitation Act of 1973);  28 U.S.C. Sec. 1343 (Civil Rights Jurisdiction); and 28 U.S.C. Sec. 2201, 2202 (Injunctive and Declaratory Relief).

3. Venue is proper in Western District of Pennsylvania based on 28 U.S.C. Sec. 1391(b) (district where all Defendants reside or in which the claim arose.)

PARTIES

4. Plaintiff is TANIS B. SMITH, citizen of the United States and Commonwealth of Pennsylvania, gender female, race African American, age within the ADEA age- protected class, and disabled or perceived disabled within the ADA.

5. Defendant is DAVID J. SHULKIN, MD, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, a federal agency employer engaged in an industry which affects commerce.

FACTS

6. Plaintiff made formal, timely complaints of discrimination at agency case no. 200H-0646-2014101760 and EEOC Case No. 530-2015-00068X which were timely processed and subject to right-to-sue issued.

COUNT 1:  Plaintiff V. Defendant
(Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e et seq.)

Page 2 of 7

7.    Prior pleadings are incorporated by reference.

8.    Defendant is an employer engaged in an industry which affects commerce, and employs a substantial number of individuals.

9.    Defendant has acted against and maintained a policy, practice, custom, or usage of discrimination against Plaintiff and Defendant has discriminated and is presently discriminating against Plaintiff with respect to wages, terms, conditions, privileges, advantages and benefits of employment in ways that deprive Plaintiff of equal employment opportunity and otherwise adversely affect Plaintiff's status as an employee, because of Plaintiff's race and gender.

10.    Moreover, Defendant has retaliated against Plaintiff because of Plaintiff's protests of acts made unlawful under Title VII of the Civil Rights Act of 1964.

11.    Plaintiff has no plain, adequate and complete remedy at law to redress the wrongs alleged, and this request for injunctive relief is Plaintiff's only means of securing adequate relief.  Plaintiff is now suffering and will continue to suffer irreparable injury unless and until Defendant is enjoined by the Court.

## RELIEF REQUESTED

WHEREFORE,  Plaintiff requests this Court to:

a.    enter declaratory relief that Defendant's practices and discrimination complained of are violations of the Civil Rights Act of 1964;

b.    permanently enjoin Defendant from engaging in the practices and discrimination complained of;

c.    restore rights, privileges, benefits, and income which Plaintiff would have received but for Defendant's practices and discrimination, including back pay, front pay, lost benefits, rightful place reinstatement, and award prejudgment interest;

d.    award to Plaintiff attorney's fees and costs pursuant 42 U.S.C. Sec. 2000e-5(k);

e.    award general damages including emotional distress damages

f.    grant such other relief as may be just.

A JURY TRIAL IS DEMANDED AS TO THIS CLAIM.

### COUNT 2:  Plaintiff v. Defendant
### (Age Discrimination in Employment Act, 29 U.S.C. 621 et seq.)

12.    Prior pleadings are incorporated by reference.

13.    Defendant has acted against and maintained a policy, practice, custom, or usage of discrimination against Plaintiff and Defendant has discriminated and is presently discriminating against Plaintiff with respect to formation or enforcement of contracts, wages, terms, conditions, privileges,

advantages and benefits of a contract of employment because of Plaintiff's age, over 40 and in the protected ADEA class at the time of the discrimination, and engaged in hostile-work environment harassment.

14. Plaintiff has no plain, adequate and complete remedy at law to redress the wrongs alleged, and this request for injunctive relief is Plaintiff's only means of securing adequate relief. Plaintiff is now suffering and will continue to suffer irreparable injury unless and until Defendant is enjoined by the Court.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests this Court to:

a. Declare Defendant's actions violated the Age Discrimination in Employment Act of 1967, as amended;

b. Permanently enjoin Defendant from engaging in the practices and discrimination complained of and ordering rightful-place reinstatement as appropriate;

c. Restore rights, privileges, benefits, and income which Plaintiff would have received but for Defendant's practices and discrimination, including compensatory damages, back pay, lost benefits, and award prejudgment interest;

d.    Award to Plaintiff attorney's fees and costs pursuant to 42 U.S.C. Sec. 1988;

e.    Award general damages including emotional distress damages;

f.    Grant such other relief as may be just.

A JURY TRIAL IS DEMANDED AS TO THIS CLAIM.

<u>COUNT 3:  Plaintiff V. Defendant</u>
(Rehabilitation Act of 1973, 87 Stat. 355, 07-26-1973, 5 U.S.C. 790)

15.    Prior pleadings are incorporated by reference.

16.    Plaintiff is an individual with a disability or perceived by the employer to have a disability.

17.    Defendant has acted against Plaintiff and maintained a policy, practice, custom, or usage of discrimination against Plaintiff and Defendant has discriminated and is presently discriminating against Plaintiff with respect to wages, terms, conditions, privileges, advantages and benefits of employment in ways that deprive Plaintiff of equal employment opportunity and otherwise adversely affect Plaintiff's status as an employee, because of Plaintiff's disability, or perceived disability.

18.    The unlawful employment practice complained of above was deliberate and

malicious.

## RELIEF REQUESTED

WHEREFORE,  Plaintiff requests this Court to:

a.    enter declaratory relief that Defendant's practices and discrimination complained of are violations of the Rehabilitation Act of 1973;

b.    permanently enjoin Defendant from engaging in the practices and discrimination complained of;

c.    restore rights, privileges, benefits, and income which Plaintiff would have received but for Defendant's practices and discrimination, including back pay, front pay, lost benefits, rightful place reinstatement, and award prejudgment interest;

d.    award to Plaintiff attorney's fees and costs;

e.    grant such other relief as may be just.

A JURY TRIAL IS DEMANDED AS TO THIS CLAIM.

RESPECTFULLY SUBMITTED,

__/s/ Joseph J. Chester_____

Joseph J. Chester, Attorney for
Plaintiff TANIS B. SMITH

Law & Finance Bldg.
429 Fourth Ave., Suite 1806
Pittsburgh PA 15219-1505

(412) 261-0784
FAX (412) 471-4872
e-mail 'joechester@aol.com'